**IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| William Lane, | ) Case No.: 1**0-CV-00081** |
| Plaintiff, | ) **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | ) |
| Surety Acceptance Corporation. | ) |
| Defendant.. | ) |

Based upon the Stipulation to Dismiss by all appearing parties (Doc. No. 8)

and pursuant to Fed. R. Civ. P. 41(a)(1),

**IT IS HEREBY ORDERED** that the above reference matter is **dismissed**

**with prejudice.**

**IT IS FURTHER ORDERED that the Clerk of Court is directed to close
this case.**

Dated this 18th day of July, 2010.

John M. Roll
Chief United States District Judge